UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

HOLLY GAVEL,

                              **Plaintiff,**                     20-CV-03475 (LJL)VF)

            -against-                              **ORDER**

WOW PAYMENTS LLC et al.,

                              **Defendants.**

----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference in this action is hereby scheduled for **Wednesday, November 2** at **10:00 a.m.**. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335]**. The Clerk of Court is directed to mail a copy of this Order to Defendant Kofi Korang at the address provided on the docket and below.

      SO ORDERED.

DATED:    October 6, 2022
                 New York, New York

                                                        VALERIE FIGUEREDO
                                                        United States Magistrate Judge

Copies to:

All Counsel via ECF

Kofi Korang
594 Broadway
New York, NY 10012
201-497-2634