```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
HOLLY GAVEL,                                                     :
                                                                 :
                              Plaintiff,                         :
                                                                 :     20-cv-3475 (LJL)
              -v-                                                :
                                                                 :         ORDER
KOFI KORANG,                                                     :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2024

LEWIS J. LIMAN, United States District Judge:

On August 28, 2024, Magistrate Judge Valerie Figueredo issued a Report and Recommendation recommending that the Court award Plaintiff $10,000 in compensatory damages and $10,000 in punitive damages and that Plaintiff be awarded post-judgment interest pursuant to 28 U.S.C. § 1961. Dkt. No. 47. Magistrate Judge Figueredo advised the parties that they had fourteen (14) days to file written objections to the Report and Recommendation. *Id.* at 20. No such objections have been filed.

In reviewing a Magistrate Judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties are given the opportunity to raise timely objections to the report and recommendation within fourteen (14) days. *Id.* The Court reviews any portion of the report subject to an objection *de novo*; however, in the absence of any objection, the Court reviews the report and recommendation only for clear error. Fed. R. Civ. P. 72(b) Advisory Committee Notes; *see Colvin v. Berryhill*, 734 F. App'x 756, 758 (2d Cir. 2018).

The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby ORDERS that the Report and Recommendation is ADOPTED in its entirety, and AWARDS Plaintiff (1) compensatory damages in the amount of $10,000; (2) punitive damages in the amount of $10,000; and (3) post-judgment interest.

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: September 16, 2024
      New York, New York

                                            LEWIS J. LIMAN
                                      United States District Judge