```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
HOLLY GAVEL,                                                       :
:
                          Plaintiff,                               :
:                           20-cv-03475 (LJL)
        -v-                                                        :
:                                 ORDER
WOW PAYMENTS LLC ET AL,                                            :
:
                          Defendants.                              :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      As per the Court's order at Dkt. No. 48, the Clerk of Court is respectfully directed to close this case.

      SO ORDERED.

Dated: March 31, 2025
       New York, New York
                                                  LEWIS J. LIMAN
                                          United States District Judge